UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| STEPHEN C. GURNEY, <br><br> Plaintiff, <br><br> v. <br><br> KEVIN J. JOYCE, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) Docket No. 2:24-cv-00262-NT <br> ) <br> ) <br> ) <br> ) |

**ORDER AFFIRMING THE RECOMMENDED DECISION
OF THE MAGISTRATE JUDGE**

On October 16, 2024, the United States Magistrate Judge filed with the Court, with copy to the Plaintiff, his Recommended Decision after a preliminary review of the Plaintiff's complaint under 28 U.S.C. § 1915. Recommended Decision (ECF No. 10). The time within which to file objections has expired, and no objections have been filed. The Magistrate Judge notified the parties that failure to object would waive their right to *de novo* review and appeal. The Magistrate Judge recommended that the Court dismiss the complaint "unless within fourteen days of the date of [the] Recommended Decision, Plaintiff amends his complaint to allege an actionable claim against the named defendants or defendants to be named." Recommended Decision 6–7. More than fourteen days have passed since the Recommended Decision issued, and no amended complaint has been filed.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. It is further **ORDERED** that, in accordance with 28 U.S.C. § 1915, the Plaintiff's complaint is **DISMISSED**.

SO ORDERED.

                                                  /s/ Nancy Torresen  
                                                  United States District Judge

Dated this 11th day of December, 2024.